UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WIMBLEDON FINANCING MASTER FUND, LTD., | Case No. 17-CV-06563 |
| Petitioner, | |
| v. | **NOTICE OF APPEARANCE** <br> **OF MICHAEL C. RAKOWER** |
| SAGE GROUP CONSULTING INC., PARMJIT "PAUL" PARMAR, AARON G. GRUNFELD and LAW OFFICES OF AARON G. GRUNFELD | |
| Respondents, | |

**PLEASE TAKE NOTICE** that Michael C. Rakower of Rakower Law PLLC hereby appears as counsel of record for respondents Aaron G. Grunfeld, Esq. and the Law Offices of Aaron G. Grunfeld in the above-referenced action and requests that copies of all future filings or other information related to this action be served upon her at the address set forth below.

Dated:  August 28, 2017
      New York, New York

RAKOWER LAW PLLC

By: _____
      Michael C. Rakower
488 Madison Avenue, 18th Floor
New York, New York 10022
Telephone: (212) 660-5550
Facsimile:  (212) 660-5551
mrakower@rakowerlaw.com

*Attorneys for respondents Aaron G. Grunfeld, Esq. and the Law Offices of Aaron G. Grunfeld*